JAMES CREEGAN, *Appellant, v.* JAMES E. COLLIER, *Respondent.* — Judgment affirmed, with costs.   Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE VILLAGE OF NORTH TARRYTOWN *v.* MARCUS L. COBB and others. — Writ of *certiorari* to review award of commissioners granted, without costs.   Opinion by BARNARD, P. J.

JOHN L. BREWSTER, *Respondent, v.* EMMA F. BAXTER, *Appellant.* — Order appealed from and judgment affirmed, with costs, for non-submission of papers, and appeals dismissed.